IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>  Plaintiff,<br><br>v.<br><br>1EVOLVE2016, et al.,<br><br>  Defendants. | Case No. 19-cv-02256<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Sunil R. Harjani** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| 2010bettertogether | 2 |
| 4ez-shop | 3 |
| auto-limo | 16 |
| bhy-shop | 23 |
| bijiaauto | 26 |
| carpartscenter | 31 |
| darzoumall007 | 39 |
| junmaioo-7 | 64 |
| ledfactoryshop-lfs | 67 |
| livingcloud | 68 |
| lucky2016m | 70 |
| motorautopart | 80 |
| powersportcycle | 91 |
| primeno1 | 92 |
| professional_motors | 93 |
| qinlinlin17 | 94 |
| shfbest | 99 |
| shunkun168 | 101 |
| topvehicleparts | 112 |

| | |
|---|---|
| wholesalecarparts | 120 |

Dated this 13th day of May 2019.      Respectfully submitted,

    /s/ Justin R. Gaudio
    Amy C. Ziegler
    Justin R. Gaudio
    RiKaleigh C. Johnson
    Greer, Burns & Crain, Ltd.
    300 South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    312.360.0080 / 312.360.9315 (facsimile)
    aziegler@gbc.law
    jgaudio@gbc.law
    rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*